# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00793-CV

**Torrell Joseph, Appellant**

**v.**

**VRM (Vendor Resource Management), Duly Authorized Agent of the Secretary of Veterans Affairs, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
### NO. 77,004, HONORABLE REBECCA DEPEW, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal is overdue to be filed. The trial court clerk's office has reported that appellant Torrell Joseph has failed to pay or make arrangements to pay for the clerk's record in this appeal. This Court's clerk sent a letter dated February 13, 2014 to counsel for appellant requesting that he make arrangements to pay for the clerk's record and that he file a status report regarding this appeal with this Court. Joseph was requested to file a response in this Court on or before February 24, 2014 or risk dismissal of his appeal.

February 24, 2014 has passed. The clerk's record has not been filed, and Joseph has not filed any response in this Court. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed: March 13, 2014